No. 578. REEVES *v.* LOUISVILLE & NASHVILLE R. Co. Jurisdictional

statement submitted February 23, 1932. Decided February 29, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Loftus* v. *Pennsylvania R. Co.,* 107 Ohio State 352, 363; *Douglas* v. *New York, N. H. & H. R. Co.,* 279 U. S. 377; *LaTourette* v. *McMaster,* 248 U. S. 465. *Mr. David F. Anderson* for appellant. No appearance for appellee.